UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**MARY SUSAN BELL ET AL**          **CASE NO. 6:05-CV-02008**

**VERSUS**                          **JUDGE HAIK**

**W SIMMONS SANDOZ**                **MAGISTRATE JUDGE METHVIN**

## O R D E R

Now before this Court is the recent Motion to Declare Judgment Fraudulent (Rec. Doc. 37) filed by Plaintiff, Mary Susan Bell ("Bell"). Bell also filed a Motion for Hearing on the underlying motion for relief (Rec. Doc. 39). For the reasons detailed below, both motions are hereby DENIED.

This Court's review of Bell's substantive motion (Rec. Doc. 37) reveals it to be without merit. Insofar as Bell seeks to invalidate the prior judgments of the United States Bankruptcy Court, her opportunities to be heard on those issues before this Court and the United States Fifth Circuit Court of Appeals are well documented. The findings of the Bankruptcy Court, speaking through Judge Summerhays in that matter, were affirmed by the Fifth Circuit. Rec. Docs. 14, 21; *Bell, et al. v. Bell Family Trust, et al.*, Civ. Act. No. 13-CV-639, Rec. Docs. 22, 24, 30; Accordingly, this Court is without jurisdiction to review the matter further. As Bell has been instructed in a previous ruling, no further filings raising the legitimacy of the Bankruptcy Court's ruling or the various allegations previously made against this

Court and various attorneys may be filed into the record in any case without prior written permission from the Court. Civ. Act. 13-CV-639 at Rec. Doc. 24. Ms. Bell's persistent failure to acknowledge this Court's many careful explanations of the disposition of her claims has become an abuse of this Court's resources.

To the extent that Bell seeks intervention by this Court upon the proceedings of Louisiana's Fifteenth Judicial District Court for the Parish of Vermillion regarding her April 21, 2021 appeal, such relief is unavailable via this Court. Absent specific law to the contrary, federal district courts lack jurisdiction to entertain collateral attacks of state court judgments. *Liedtke v. State Bar of Texas*, 18 F.3d 315, 317 (5th Cir. 1994).

SIGNED this 8th day of July, 2021 at Lafayette, Louisiana.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE